IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 6 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| STACY SHIFFLETT, | ) |
| Plaintiff, | ) Civil Action No. 7:06-CV-00406 |
| v. | ) **FINAL ORDER** |
| UNITED STATES OF AMERICA, | ) By: Hon. James C. Turk |
| Defendant. | ) Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that Respondent United States' Motion to Dismiss (Docket No. 13) is **GRANTED** and Petitioner Stacy Shifflett's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Docket No. 1) shall be and hereby is **DISMISSED**. The Clerk of Court is directed to strike the case from the active docket of the court and to send a copy of this Final Order and accompanying Memorandum Opinion to counsel of record for the Petitioner and Respondent.

ENTER: This 6th day of January, 2009.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge